

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-00855-CR

NICOLAS WARREN THOMPSON, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 177th District Court of Harris County (Tr. Ct. No. 1390979)

**TO THE 177TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 29th day of January, 2015, the cause upon appeal to revise or to reverse your judgment signed on October 13, 2014 was determined. This Court made its order in these words:

> After due consideration, the Court **grants** the motion to dismiss this appeal filed by the appellant, Nicolas Warren Thompson. It is therefore **CONSIDERED**, **ADJUDGED**, and **ORDERED** that the appeal be **dismissed**. It is further **ORDERED** that this decision be certified below for observance.
>
> Judgment rendered January 29, 2015.
>
> Judgment rendered by panel consisting of Chief Justice Radack and Justices Bland and Huddle.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

April 3, 2015
Date

_____
CHRISTOPHER A. PRINE
CLERK OF THE COURT

